# United States Court of Appeals
## For The District of Columbia Circuit

## No. 06-5212

## September Term, 2006

**06cv01089**

Walter Bernard Morton, Jr.,
                    Appellant

        v.

U.S. Attorney's Office, et al.,
                    Appellees



**Filed On:**

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:

BY:                             Deputy Clerk

ATTACHED:  ___ Amending Order
           ___ Opinion
           ___ Order on Costs

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    NOV 1 4 2006

**CLERK**

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUN 1 3 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BEFORE**:    Ginsburg, Chief Judge, and Sentelle and Henderson,
             Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. <u>See</u> Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's order filed June 15, 2006, be affirmed.  The district court correctly determined it could not grant habeas relief. <u>See</u> D.C. Code 23-110(g) (foreclosing federal court review of a Superior Court sentence "unless it also appears that the remedy by motion [in Superior Court] is inadequate or ineffective to test the legality of his detention").  In addition, the district court correctly concluded appellees, who are former and current attorneys from the United States Attorney's Office for the District of Columbia, are immune from appellant's damage claim for wrongful actions appellees allegedly had taken during their prosecution of appellant.  <u>See</u> Imbler v. Pachtman, 424 U.S. 409, 431 (1976) ("We hold ... that in initiating a prosecution and in presenting the State's case, the prosecutor is immune from a civil suit for damages under § 1983."); Wagshal v. Foster, 28 F.3d 1249, 1252 (D.C. Cir. 1994).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By:                             Deputy Clerk

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5212**                                    **September Term, 2006**

of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

KA